# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 21, 2021

Ms. Elizabeth Baker Murrill
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

    No. 21-50792   Whole Woman's Health v. Jackson
                           USDC No. 1:21-CV-616

Dear Ms. Murrill,

You must submit the 7 paper copies of your amici curiae brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Mary Frances Yeager, Deputy Clerk
                                        504-310-7686

cc:  Ms. Brigitte Adrienne Amiri
     Ms. Lorie Ann Chaiten
     Ms. Molly Rose Duane
     Ms. Heather Gebelin Hacker
     Mr. Marc A. Hearron
     Ms. Julia Kaye
     Ms. Beth Ellen Klusmann
     Mr. Joseph Alexander Lawrence
     Ms. Jamie A. Levitt
     Mr. Jonathan F. Mitchell
     Mr. Richard Muniz
     Ms. Julie A. Murray
     Mr. Andre Segura
     Ms. Rupali Sharma
     Mr. Andrew Bowman Stephens
     Mr. Judd Edward Stone II
     Ms. Natalie Deyo Thompson
     Ms. Stephanie Toti
     Mr. Benjamin Walton