# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

October 21, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

> Re:  Stephen Brint Carlton, et al.
>     v. Whole Woman's Health, et al.
>     No. 21-583
>     (Your No. 21-50792)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 21, 2021 and placed on the docket October 21, 2021 as No. 21-583.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst

