# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 16, 2021

Clerk
United States Court of Appeals
  for the Fifth Circuit
F. Edward Hèbert Bldg.
600 S. Maestri Place
New Orleans, LA 70130-3408

      Re:  Whole Woman's Health, et al.
           v. Jackson, Judge, Dist. Ct. Texas, etc.,
           No. 21-463 (Your docket No. 21-50792)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                              Sincerely,

                              SCOTT S. HARRIS, Clerk

                              By *[signature: Hervé Bocage]*

                              Hervé Bocage
                              Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 16, 2021

Mr. Marc Andrew Hearron, Esq.
Center for Reproductive Rights
1634 Eye Street, N. W.
Washington, D. C. 20006

Ms. Heather G. Hacker, Esq.
Hacker Stephens LLP
108 Wild Basin Road
Suite 250
Austin, Texas 78746

    Re:  Whole Woman's Health, et al.
          v. Jackson, Judge, Dist. Ct. Texas, etc.,
          No. 21-463

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Fifth Circuit.

                                    Sincerely,

                                    SCOTT S. HARRIS, Clerk

                                    By   /s/ Herve' Bocage
                                    Herve' Bocage
                                    Judgments/Mandates Clerk

cc:  All counsel of record
     Clerk, USCA Fifth Cir.
         (Your docket No. 21-50792)

# Supreme Court of the United States

No. 21-463

**WHOLE WOMAN'S HEALTH, ET AL.,**

Petitioners

v.

**AUSTIN REEVE JACKSON, JUDGE, DISTRICT COURT OF TEXAS, 114TH DISTRICT, ET AL.**

**ON WRIT OF CERTIORARI** before judgment to the United States Court of Appeals for the Fifth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the District Court is affirmed in part and reversed in part, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further proceedings consistent with the opinion of this Court.

December 10, 2021

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States