

# THE SUPREME COURT OF TEXAS
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

Wednesday, January 26, 2022

Mr. Judd E. Stone II
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, TX 78711
\* DELIVERED VIA E-MAIL \*

Mr. Lyle Cayce
U.S. Court of Appeals, Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130
\* DELIVERED VIA E-MAIL \*

Ms. Natalie D. Thompson
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711
\* DELIVERED VIA E-MAIL \*

RE:   Case Number:  22-0033
      Court of Appeals Number:  U.S. Fifth Circuit 21-50792
      Trial Court Number:

Style:  WHOLE WOMAN'S HEALTH, ET AL.
        v.
        JUDGE AUSTIN REEVE JACKSON; PENNY CLARKSTON; MARK LEE DICKSON; STEPHEN BRINT CARLTON; KATHERINE A. THOMAS; CECILE ERWIN YOUNG; ALLISON VORDENBAUMEN BENZ; KEN PAXTON

Dear Counsel:

Pursuant to TEX. R. APP. P. 55.1, the Court requests the parties to file briefs on the merits in the above-styled case. Please refer to TEX. R. APP. P. 55 for the requirements of appellants' and appellees' briefs. The briefing schedule is outlined below. *See* TEX. R. APP. P. 55.7. All briefs are due to be filed in this office on or before the following due dates:

Appellants and Appellees shall file their opening briefs on **Friday, February 4, 2022**.

Appellees and Appellants shall file their response briefs on **Tuesday, February 11, 2022.**

**PLEASE NOTE** pursuant to TEX. R. APP. P. 9.2(c)(2) all documents (except documents submitted under seal) must be e-filed through eFileTexas.gov. You may file up to midnight on the due date.



**THE SUPREME COURT OF TEXAS**
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:   Adriana Pinon (DELIVERED VIA E-MAIL)
    Marc Hearron (DELIVERED VIA E-MAIL)
    Beth E. Klusmann (DELIVERED VIA E-MAIL)
    David Donatti (DELIVERED VIA E-MAIL)
    Andrew B. Stephens (DELIVERED VIA E-MAIL)
    Jonathan F. Mitchell (DELIVERED VIA E-MAIL)
    Benjamin Walton (DELIVERED VIA E-MAIL)
    Heather Gebelin Hacker (DELIVERED VIA E-MAIL)
    Julie A. Murray (DELIVERED VIA E-MAIL)
    Andre Segura (DELIVERED VIA E-MAIL)