

# THE SUPREME COURT OF TEXAS
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

Wednesday, March 16, 2022

Mr. Judd E. Stone II
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, TX 78711
\* DELIVERED VIA E-MAIL \*

Mr. Lyle Cayce
U.S. Court of Appeals, Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130
\* DELIVERED VIA E-MAIL \*

Ms. Natalie D. Thompson
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711
\* DELIVERED VIA E-MAIL \*

RE:  Case Number:  22-0033
     Court of Appeals Number:  U.S. Fifth Circuit 21-50792
     Trial Court Number:

Style: WHOLE WOMAN'S HEALTH, ET AL.
       v.
       JUDGE AUSTIN REEVE JACKSON; PENNY CLARKSTON; MARK LEE DICKSON; STEPHEN BRINT CARLTON; KATHERINE A. THOMAS; CECILE ERWIN YOUNG; ALLISON VORDENBAUMEN BENZ; KEN PAXTON

Dear Counsel:

The attached opinion issued on March 11, 2022 in the above-referenced cause was corrected.  Please note the following non-substantive change on page 16 line 7 ("though" where it should be "through") was updated as follows:

"But the Texas laws that procedurally authorize such indirect enforcement are not themselves laws that substantively "regulate or prohibit abortion," and—notwithstanding any other law—the Act's requirements may be enforced only ~~though~~ through a section 171.208 civil action."

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk



# THE SUPREME COURT OF TEXAS
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

cc:  Adriana Pinon (DELIVERED VIA E-MAIL)
Marc Hearron (DELIVERED VIA E-MAIL)
Ms. Beth E. Klusmann (DELIVERED VIA E-MAIL)
J. Alexander Lawrence (DELIVERED VIA E-MAIL)
David Donatti (DELIVERED VIA E-MAIL)
Jamie A. Levitt (DELIVERED VIA E-MAIL)
Mr. Andrew B. Stephens (DELIVERED VIA E-MAIL)
Mr. Jonathan F. Mitchell (DELIVERED VIA E-MAIL)
Benjamin Walton (DELIVERED VIA E-MAIL)
Ms. Heather Gebelin Hacker (DELIVERED VIA E-MAIL)
Ms. Julie A. Murray (DELIVERED VIA E-MAIL)
Andre Segura (DELIVERED VIA E-MAIL)
Julia Kaye (DELIVERED VIA E-MAIL)