# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 26, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 21-50792    Whole Woman's Health v. Jackson
                    USDC No. 1:21-CV-616

Enclosed is an order entered in this case.


                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Nancy F. Dolly, Deputy Clerk
                        504-310-7683

Ms. Brigitte Adrienne Amiri
Ms. Lorie Ann Chaiten
Mr. David A. Donatti
Ms. Molly Rose Duane
Ms. Heather Gebelin Hacker
Mr. Marc A. Hearron
Ms. Julia Kaye
Ms. Beth Ellen Klusmann
Mr. Joseph Alexander Lawrence
Ms. Jamie A. Levitt
Mr. Jonathan F. Mitchell
Ms. Julie A. Murray
Ms. Elizabeth Baker Murrill
Ms. Adriana Cecilia Pinon
Mr. Andre Segura
Ms. Rupali Sharma
Mr. Andrew Bowman Stephens
Mr. Judd Edward Stone II
Ms. Chelsea G. Tejada
Ms. Natalie Deyo Thompson
Ms. Stephanie Toti
Mr. Benjamin Walton