# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 18, 2022

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 21-50792   Whole Woman's Health v. Jackson
                         USDC No. 1:21-CV-616

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Mary Frances Yeager, Deputy Clerk
                          504-310-7686

cc:  Ms. Brigitte Adrienne Amiri
     Ms. Lorie Ann Chaiten
     Mr. David A. Donatti
     Ms. Molly Rose Duane
     Ms. Heather Gebelin Hacker
     Mr. Marc A. Hearron
     Ms. Julia Kaye
     Ms. Beth Ellen Klusmann
     Mr. Joseph Alexander Lawrence
     Ms. Jamie A. Levitt
     Mr. Jonathan F. Mitchell
     Ms. Julie A. Murray
     Ms. Elizabeth Baker Murrill
     Ms. Adriana Cecilia Pinon
     Mr. Andre Segura
     Ms. Rupali Sharma
     Mr. Andrew Bowman Stephens

Mr. Judd Edward Stone II
Ms. Chelsea G. Tejada
Ms. Natalie Deyo Thompson
Ms. Stephanie Toti
Mr. Benjamin Walton